**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BOBBY JOE GONZALES, JR.** | **§** | |
| ***Plaintiff,*** | **§** | |
| | **§** | |
| **v.** | **§** | **C.A. NO. ______________** |
| | **§** | |
| | **§** | |
| **UBER TECHNOLOGIES, INC.,** | **§** | |
| **D/B/A UBER, AND RASIER, LLC** | **§** | |
| ***Defendants.*** | **§** | |

**EXHIBIT A INDEX OF MATTERS BEING FILED**

| | |
|---|---|
| Exhibit "A" | Index of Matters Being Filed |
| Exhibit "A-1" | Plaintiff's Original Petition |
| Exhibit "A-2" | Defendants' Original Answer |
| Exhibit "A-3" | Copy of the State Court Docket Sheet/Record |
| Exhibit "A-4" | List of All Counsel of Record |
| Exhibit "A-5" | Civil Cover Sheet |
| Exhibit "A-6" | Service of Process |